UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Oakey Bowyer *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> Diversified Contractors, Inc., *et al*., <br><br> Defendants. | No. 1:17-CV-00266-JG <br><br> JUDGE JAMES S. GWIN <br><br> **STIPULATED JUDGMENT** |

This matter came before the Court on the Parties' *Joint Motion for Approval of Settlement Agreement and Stipulated Judgment*. Good cause appearing:

IT IS ORDERED awarding Plaintiffs Oakey Bowyer, Carlos Torres, the collective action members and their Counsel, James L. Simon and the Bendau Law Firm, PLLC judgment against Defendants Diversified Contractors, Inc., George Rumack and Eric Lilly, jointly and severally, in the amount of $35,000.00, plus interest accruing at the statutory rate of 1.39 % per annum on that amount from the date of this Judgment. Judgment is hereby rendered in the amount of $35,000.00 for which execution shall issue.

DATED this 15th day of November, 2017.


_____s/ James S. Gwin_____
JUDGE JAMES S. GWIN
UNITED STATES DISTRICT COURT

{01136057 2}